**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION**

| | | |
|---|---|---|
| SARAI PAGAN, | § | |
|      **Plaintiff** | § | |
| | § | |
| VS | § | **C.A. NO.  7:24-cv-00282** |
| | § | |
| TROPICAL TEXAS BEHAVIORAL | § | |
| HEALTH, | § | |
|      **Defendant** | § | |

## DEFENDANT'S NOTICE OF REMOVAL

MAY IT PLEASE THE COURT:

NOW COMES, DEFENDANT TROPICAL TEXAS BEHAVIORAL HEALTH (hereinafter "Defendant"), and files this Notice of Removal to the U.S. District Court for the Southern District of Texas, McAllen Division, from a lawsuit filed in the County Court at Law No. 5 for the State of Texas, in Hidalgo County, Texas styled and numbered as indicated in the pleadings attached as exhibits to this notice.

### PROCEDURAL HISTORY TO DATE

1. Plaintiff filed her Original Petition on June 28, 2024 in the County Court at Law No. 5, sitting in Hidalgo County, Texas, identified as Cause No. CL-24-2785-E. ("Plaintiff's Original Petition").

2. Plaintiff's Original Petition named as DEFENDANT, TROPICAL TEXAS BEHAVIORAL HEALTH. No other parties have been named.

3. Plaintiff requested issuance of a Citation to the DEFENDANT, TROPICAL TEXAS BEHAVIORAL HEALTH.  Plaintiff effectuated service of the lawsuit on the Defendant on July 3, 2024, by serving by Certified Mail.

### FEDERAL CLAIMS PLEADED

4. Plaintiff's Original Petition ("Plaintiff's Petition") alleges a cause of action pursuant to the Americans with Disability Act ("ADA") and the Family and Medical Leave Act ("FMLA"). *See Plaintiff's Petition ¶¶20-60.*

5. More specifically, Plaintiff's Petition provides in pertinent part the following:

"Defendant's actions were taken because of Plaintiff's disability and constituted intentional discrimination in violation of the ADA, 42 U.S.C. § 12112(a)."; and

"Defendant's termination of Plaintiff's employment was in retaliation for her exercising her rights under the FMLA, in violation of 29 U.S.C. § 2615(a)(2)."

*Id., ¶¶31, 43*

## TIMELY REMOVAL

6.    The Plaintiff's Petition is the first paper of any kind filed by Plaintiff reflecting an intention to pursue federally based claims, here, claims for violation of the ADA and FMLA.

7.    It is therefore apparent on the face of the Petition that this document constitutes an initial pleading that places the Defendant on notice, for the first time, of an intention to pursue federally based claims, as per 28 U.S.C. 1441(c), and 1446(b). There are no other Defendants for which consent is needed.

8.    This removal is procedurally effectuated pursuant to 28 U.S.C. § 1446(b) as it is filed within thirty (30) days after service of Plaintiff's Petition. Therefore, this suit is hereby removed to the McAllen Division of the United States District Court-Southern District of Texas, where venue lies.

9.    Copies of all pleadings and process filed in the state court proceeding are attached hereto and incorporated by reference, including a certified copy of the state court's docket sheet pertaining to this case. *See Index to Exhibits*.

10.    Notice of this removal action has been given to Plaintiff and to the County Court at Law No. 5 Judicial District Court. *See Index to Exhibits*.

11.    Defendant has otherwise complied with the removal requirement of Local Rule 81, including the $400.00 removal filing fee. *See attached Index to Exhibits*.

## CONCLUSION & PRAYER

THEREFORE, for the foregoing reasons, DEFENDANT TROPICAL TEXAS BEHAVIORAL HEALTH hereby removes this action pursuant to federal law and prays that the Court sustain this removal from the Hidalgo County Court at Law No. to the United States District Court, Southern District of Texas, McAllen Division, to determine all issues of fact and law.

DEFENDANT TROPICAL TEXAS BEHAVIORAL HEALTH further requests that the Court grant any and all other relief to which it may show itself justly entitled.

SIGNED ON THIS 12th day of JULY, 2024.

Defendant's Notice of Removal                                                                 Page 2

Respectfully Submitted,

By:    *Robert L. Drinkard*
ROBERT L. DRINKARD
Attorney in Charge
State Bar No. 24007128
rdrinkard@rampage-rgv.com
**DENTON, NAVARRO, ROCHA,
BERNAL & ZECH**
A Professional Corporation
701 E. Harrison, Ste 100
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)
**COUNSEL FOR DEFENDANT
TROPICAL TEXAS BEHARIORAL HEALTH**

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been served in accordance with one or more of the authorized methods for service of process contained in the Federal Rules of Civil Procedure on the persons or parties identified below on the on this the 12th day of July, 2024.

Daniel E. Vargas                                    **Via E-Filing Methods**
THE VARGAS LAW OFFICE
324 W. University Dr.
Edinburg, Texas 78539
Email: efile@thevargaslawoffice.com
bigdan@thevargaslawoffice.com
**ATTORNEY FOR PLAINTIFF**

*Robert L. Drinkard*
ROBERT L. DRINKARD

**INDEX TO EXHIBITS FILED IN SUPPORT OF REMOVAL NOTICE**

A.     Plaintiff's Original Petition (containing federally based pleadings)

B.     State Court Docket Sheet

C.     Notice of Removal to be filed in State District Court (filed contemporaneously with removal)

D.     Complete file-stamped copy of all pleadings and other papers contained in State District Court's file.

E.     Defendant's Certificate of Interested Parties

**END OF INDEX TO EXHIBITS**

Defendant's Notice of Removal                                                                 Page 4